United States District Court
Southern District of Texas

**ENTERED**

May 05, 2020

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **CENTURION BULK PTE LTD** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | **C.A. NO. 4:19-CV-00931** |
| V. | § | **Admiralty 9(h)** |
| | § | |
| **NUSTAR ENERGY SERVICES,** | § | |
| **INC.** | § | |
| | § | |
| *Defendant* | § | |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS,** on March 24, 2020 this Honorable Court granted third-party defendant Glencore Ltd.'s ("Glencore's") motion to strike or dismiss NuStar Energy Services, Inc.'s ("NuStar's") third-party complaint. *See* Doc. 65.

**WHEREAS,** on April 14, 2020 Plaintiff Centurion Bulk Pte Ltd. ("Centurion") filed a Motion for Leave to File an Amended and Supplemental Complaint to include Glencore as an additional party. *See* Doc. 70. Pursuant to S.D.T.X. LR 7.4, Glencore's response date is May 5, 2020.

**WHEREAS,** the parties have conferred and agreed to Glencore's request for an extension of time to May 29, 2020 to oppose Centurion's Motion for Leave to File an Amended and Supplemental Complaint.

**IT IS HEREBY STIPULATED, AGREED, [AND ORDERED]** Glencore's

deadline to Oppose Centurion's Motion for Leave to File Amended and

Supplemental Complaint (Doc. 70) is **May 29, 2020**.

**SO STIPULATED AND AGREED:**

Dated:     May 4, 2020

**CHALOS & CO, P.C.**

/s/ Briton P. Sparkman
George M. Chalos, Esq.
Briton P. Sparkman, Esq.
Blake E. Bachtel, Esq.
7210 Tickner Street
Houston, TX 77055
Tel: (713) 574-9454
Fax: (866) 702-4577
Email: gmc@chaloslaw.com
        bsparkman@chaloslaw.com
        bbachtel@chaloslaw.com

*Attorneys for Plaintiff*
*Centurion Bulk Pte Ltd*

**PHELPS DUNBAR LLP**

/s/ Ivan Rodriguez (by permission)
Ivan Rodriguez, Esq.
500 Dallas Street
Houston, Texas 77002
Tel: (713) 626-1386
Fax: (917) 626-1388
Email: ivan.rodriguez@phelps.com

*Attorney-in-Charge for Third-Party*
*Defendant Glencore, Ltd.*

**OF COUNSEL:**

Andrew R. Nash
Texas Bar No. 24083550
Federal ID No. 1090806
500 Dallas Street, Suite 1300
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: andy.nash@phelps.com

**HERBERT SMITH FREEHILLS
NEW YORK LLP**

Peter J. Behmke (*admitted pro hac vice*)
New York Bar No. 4301685
Michael P. Jones (*admitted pro hac vice*)
New York Bar No. 5106208
450 Lexington Avenue
New York, NY 10017
Telephone: 917-542-7600
Email: peter.behmke@hsf.com
          michael.jones@hsf.com

**IT IS SO ORDERED**

DATED: MAY 5, 2020

_____
Honorable David Hittner
United States District Judge

3